**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Pizza Hut of America, LLC  **V.**  Houston Community College System

Appellate case number:     01-17-00101-CV

Trial court case number:     1043516

Trial court:     Co Civil Ct at Law No 4 of Harris County

Date motion filed:     January 17, 2018

Party filing motion:     Appellant Pizza Hut of America, LLC

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
☐ Acting individually     ☒ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Keyes and Caughey


Date:  February 13, 2018